### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHN FITZGERALD WRIGHT, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) ) Case No. CIV-06-1412-F |
| FOUR JOHN DOE, OKC POLICE OFFICERS, | ) ) ) ) |
| Defendants. | ) ) |

### ORDER

On May 30, 2007, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation, wherein he recommended that plaintiff's action pursuant to 42 U.S.C. § 1983 be dismissed without prejudice for failure to timely serve the defendants with the complaint. In the Report and Recommendation, Magistrate Judge Bacharach advised that the deadline for any objections was June 19, 2007. He also advised that failure to timely object would waive plaintiff's right to appellate review of the recommended dismissal.

To date, plaintiff has not filed an objection to the Report and Recommendation and has not sought an extension of time to file an objection. Without any objection being filed, the court accepts, adopts, and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Robert E. Bacharach on May 30, 2007 (doc. no. 30) is **ACCEPTED**,

**ADOPTED** and **AFFIRMED**.  Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 4(m), Fed. R. Civ. P.

ENTERED this 6th day of July, 2007.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

06-1412p002.wpd